United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   DAVID S QUAIR,                          Case No. 19-cv-08420-JD

8                   Plaintiff,

9            v.                             **ORDER DISMISSING COMPLAINT**

10  STEPHANIE GARRATT, et al.,

11                  Defendants.

12

13          Plaintiff, a state prisoner, has filed a pro se civil rights complaint under 42 U.S.C. § 1983.

14  He has been granted leave to proceed in forma pauperis.  A review of the complaint indicates that

15  plaintiff seeks relief regarding his underlying conviction and sentence on April 6, 2018, with

16  respect to a 39-month plea agreement.  Court records indicate that plaintiff recently filed a habeas

17  case regarding this same conviction, *Quair v. Gastelum*, Case No. 20-0179 YGR.  Because

18  plaintiff has filed a habeas case challenging his conviction, this civil rights action is dismissed as

19  duplicative.  *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007).  The

20  Clerk is requested to close this case.

21          **IT IS SO ORDERED.**

22  Dated: January 23, 2020

23
24
25  JAMES DONATO
    United States District Judge
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S QUAIR,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE GARRATT, et al.,<br><br>Defendants. | Case No. 19-cv-08420-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David S Quair ID: BG0478
California Men's Colony
East Facility, B-3250-IL
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: January 23, 2020

Susan Y. Soong
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO